IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. **14-61109 - MHM** |
| **SHARIAR GOVAHI KASHANI** | * |
| | * CHAPTER: **13** |
| Debtors. | * |
| | * |
| **NICHOLAS FINANCIAL INC.,** | * CONTESTED MATTER |
| MOVANT, | * |
| VS. | * |
| **SHARIAR GOVAHI KASHANI, Debtor;** and ADAM M. GOODMAN, Trustee | * |

**MOTION FOR RECONSIDERATION OF ORDER LIFTING STAY
PURSUANT TO FRCP 62, BR 8002 AND BLR 9023-1**

COMES NOW THE DEBTOR, by and through the undersigned counsel, and files this "Motion for Reconsideration of Order Lifting Stay Pursuant to FRCP 62, BR 8002 and BLR 9023-1" and showing this Honorable Court as follows:

1.

The Debtor filed a Petition constituting an Order for Relief under Title 11 U.S.C. Chapter 13 on July 8, 2014.

2.

A Consent Order was entered on September 19, 2014, denying a Motion for Relief from Stay filed July 28, 2014. Pursuant to the terms of the Consent Order, Debtor was to maintain full coverage comprehensive and collision insurance on the vehicle with Movant shown as loss payee for the life of Debtor's Plan and make his regular monthly Plan payments and keep them current for twelve (12) months.

*pw*

3.

Debtor has provided his counsel with documentation showing that the Debtor has maintained insurance coverage on the vehicle continuously since September 2014.

4.

A Default Motion for Relief was filed April 17, 2015 and an Order granting the Motion for Relief was entered on April 22, 2015. Pursuant to BR 8002, the Order is not final until 10 days later. Pursuant to BLR 9023-1, this motion for reconsideration is being filed within 14 days of the Order lifting the stay.

WHEREFORE, Debtor prays:

(a)  That this Motion be filed, read, and considered;

(b)  That the hearing on this Motion scheduled; and

(c)  That this Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

Respectfully submitted,
Clark & Washington, LLC

By:  /s/
Celia R. Washington
GA Bar No. 044108
Attorney for the Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

pw

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | *  CASE NO. **14-61109 - MHM** |
| **SHARIAR GOVAHI KASHANI** | * |
| | *  CHAPTER:  **13** |
|     Debtors. | * |
| | * |
| **NICHOLAS FINANCIAL INC.,** | *  CONTESTED MATTER |
|     MOVANT, | * |
|     VS. | * |
| **SHARIAR GOVAHI KASHANI, Debtor;** and **ADAM M. GOODMAN, Trustee** | * |

**NOTICE OF HEARING ON MOTION FOR RECONSIDERATION OF ORDER LIFTING STAY PURSUANT TO FRCP 62, BR 8002 AND BLR 9023-1**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a **"Motion"** seeking Reconsideration of Order Lifting Stay Pursuant to FRCP 62, BR 8002 and BLR 9023-1.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Court Room 1204 (12th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 1:45 PM, on May 28, 2015.

Your rights may be affected by the court's ruling on these pleadings.  You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.  You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so.  If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response.  Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.  The address of the Clerk's Office is Clerk,

*pw*

U. S. Bankruptcy Court, Room 1340 75 Spring Street, Atlanta, GA 30303.  You must also mail a copy of your response to the undersigned at the address stated below.

                                           Respectfully submitted,
                                           Clark & Washington, LLC

                                           s/_____

Clark & Washington, LLC             Celia R. Washington
3300 Northeast Expressway          GA Bar No. 044108
Building 3                                     Attorney for the Debtor
Atlanta, GA 30341
(404)522-2222
Fax(770)220-0685

*pw*

## CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the within the and foregoing "Notice of Hearing on Motion for Reconsideration of Order Lifting Stay Pursuant to FRCP 62, BR 8002 and BLR 9023-1" and "Motion for Reconsideration of Order Lifting Stay Pursuant to FRCP 62, BR 8002 and BLR 9023-1" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Shahriar Govahi-Kashani
324 Declair Way
Marietta, GA 30067

Chase Home Finance
c/o John Schlotter, Esq.
McCalla, Raymer
1544 Old Alabama Road
Roswell, GA 30076

I further certify that, by agreement of the parties, Adam Goodman, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

Dated 04/29/2015

s/
Celia R. Washington
GA Bar No. 044108
Attorney for the Debtor

CLARK & WASHINGTON, PC
3300 Northeast Expressway
Building 3, Suite A
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

pw