UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHAHRIAR GOVAHI-KASHANI,** | ) | CASE NO. **14-61109-LRC** |
| | ) | |
| DEBTOR. | ) | |

**NOTICE OF HEARING ON CHAPTER 13 TRUSTEE'S
MOTION TO DISMISS CASE OR MODIFY PLAN**

YOU ARE HEREBY NOTIFIED that the Chapter 13 Trustee in this case has filed a Motion to Dismiss Case or Modify Plan.

All objections must state the grounds therefore and must be filed no later than ten (10) days prior to the date of the hearing as set below, and must be filed with the Clerk, United States Bankruptcy Court: Richard B. Russell Building, 1340 U.S. Courthouse, 75 Ted Turner Dr, SW, Room 1340, Atlanta, GA 30303-3367. A copy must be furnished to the Chapter 13 Trustee: Adam M. Goodman, Suite 200, 260 Peachtree Street, Atlanta, Georgia 30303.

**A hearing will be held on July 20, 2017, at 1:45 P.M., in Courtroom 1204, in the Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3367.**

DATED: This the _6_ day of June, 2017.

/s/ Mandy K. Campbell

Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **SHAHRIAR GOVAHI-KASHANI,** | ) | CASE NO. **14-61109-LRC** |
| | ) | |
| DEBTOR. | ) | |

### CHAPTER 13 TRUSTEE'S MOTION DISMISS CASE OR MODIFY PLAN

COMES NOW ADAM M. GOODMAN, Standing Chapter 13 Trustee in the above-styled case, and files this Motion to Dismiss or Modify Plan, and respectfully shows the court the following:

1.

Debtor filed this Chapter 13 case on June 5, 2014 and the Chapter 13 Plan was confirmed on April 30, 2015. The Plan, as confirmed, provides a monthly payment of $400.00, an applicable commitment period of thirty-six (36) months, and dividend of zero percent (0%) to be paid to unsecured creditors.

2.

The Plan as confirmed provides that tax refunds owed to Debtor for the years during the applicable commitment period shall be paid into the case. Trustee has received Debtor's tax return for the year 2016. Trustee has not received the 2014 and 2015 tax returns, and any refund(s) pursuant to the terms of the confirmed Plan. Debtor should provide a copy of said return and contribute refund(s) if any.

3.

Pursuant to Schedule I, as amended on August 6, 2014 (Doc. No. 23), Debtor disclosed she was employed with Platinum Used Cars and expected to earn monthly income of $4,000.00 ($48,000.00 annually); and Debtor's non-filing spouse was employed with TJ Maxx and expected to earn monthly income of $600.00 ($7,200.00 annually).

4.

The 2016 federal income return list wage income of $114,398.00. This indicates a substantial increase in income.

5.

Under 11 U.S.C. §§ 1329(a)(1), 1329(a)(2), 1329(b)(1), and 1325(a)(3), the Plan should be modified and the Plan payment should be increased to account for increased income. Debtor should provide recent pay advices and other recent income.

6.

In the alternative, Trustee moves the Court to dismiss this case for Debtor's bad faith failure to disclose the increased income and various assets to the Court, and for Debtor's failure to contribute the tax refunds pursuant to the terms of the confirmed Plan.

WHEREFORE, based upon the foregoing, the Chapter 13 Trustee respectfully requests that Debtor's confirmed Plan be modified to increase Plan payments, and for such other relief as this Court deems just and proper.

Dated: This the 6 day of June, 2017.

Respectfully submitted,

/s/

Mandy K. Campbell
GA Bar No. 142676
for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

14-61109-LRC

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

DEBTOR:

Shahriar Govahi-Kashani
324 Declair Way
Marietta, GA 30067

DEBTOR'S ATTORNEY:

Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

with a copy of the foregoing Chapter 13 Trustee's Motion to Dismiss or Modify Plan by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

DATED: This the 6 day of June, 2017.

/s/
Mandy K. Campbell
GA Bar No. 142676
Attorney for Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444