

**IT IS ORDERED as set forth below:**

**Date: December 4, 2018**

_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

IN RE:                          * CASE NO.: **14-61109**
                                *
**Shahriar Govahi Kashani,**    *
                                * CHAPTER:   **13**
                                *
                                *
            Debtor              *

### ORDER REOPENING CHAPTER 13 CASE

This matter arose upon Debtor's "Motion to Reopen Chapter 13 Case" filed in the above-styled case on November 13, 2018, requesting the case be re-opened to disclose with greater specificity an asset of the estate.  No hearing is necessary.  Accordingly, it is hereby

**ORDERED** that the Debtor's "Motion to Reopen Chapter 13 Case" is **GRANTED**: the case is reopened to permit the Debtor to file amended schedules.  And it is further

**ORDERED** that if no further action is taken by Debtors or any creditors within sixty (60) days of the entry of this Order, the Clerk of this Court shall be authorized to close this case in the usual manner.

**[END OF DOCUMENT]**

Prepared by:

    /s/
Christopher J. Kiefer
GA Bar # 417247
CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
(404) 522-2222


                         DISTRIBUTION LIST

CLARK & WASHINGTON, LLC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341


Shahriar Kashani
16 Ancient Oak Court
Marietta, GA 30067

And all parties on the attached Mailing Matrix

```
Label Matrix for local noticing        Amex                               (p)CAPITAL ONE
113E-1                                  P.O. Box 981537                    PO BOX 30285
Case 14-61109-lrc                       El Paso TX 79998-1537             SALT LAKE CITY UT 84130-0285
Northern District of Georgia
Atlanta
Tue Nov 27 15:50:04 EST 2018

E. L. Clark                             Melissa J. Davey                  Melissa J. Davey
Clark & Washington, P.C.                Melissa J. Davey, Standing Ch 13 Trustee   Office of Melissa J. Davey
Bldg. 3                                 Suite 200                         Standing Chapter 13 Trustee
3300 Northeast Expwy.                   260 Peachtree Street, NW          Suite 200
Atlanta, GA 30341-3934                  Atlanta, GA 30303-1236            260 Peachtree Street, NW
                                                                          Atlanta, GA 30303-1236

(p)TMX FINANCE LLC FORMERLY TITLEMAX    First Premier Bank                Fox Collection Cente
15 BULL STREET                          601 S Minnesota Ave               P O Box 528
SUITE 200                               Sioux Falls SD 57104-4868         Goodlettsville TN 37070-0528
SAVANNAH GA 31401-2686


Fox Collection Center                   Andrew D. Gleason                 Shahriar Govahi-Kashani
456 Moss Trl                            Lefkoff, Rubin, Gleason & Russo, P.C.   16 Ancient Oak Court NE
Goodlettsville TN 37072-2029            Suite 900                         Marietta, GA 30067-4330
                                        5555 Glenridge Connector
                                        Atlanta, GA 30342-4762

Hgts Fin                                INTERNAL REVENUE SERVICE          Christopher J. Kiefer
1117 Columbia Ave, Ste B                P O BOX 7346                      Clark & Washington, LLC
Franklin TN 37064-3616                  2970 MARKET STREET                3300 Northeast Expressway
                                        PHILADELPHIA, PA. 19104-5002      Building 3
                                                                          Atlanta, GA 30341-3932

Merrick Bank                            Nicholas Financial                Nicholas Financial
Po Box 9201                             2454 McMullen Booth Road          2454 Mullen Booth Road
Old Bethpage NY 11804-9001              Bldg C                            Bldg C
                                        Clearwater FL 33759-1343          Clearwater, FL 33759-1343


Nicholas Financial                      Stallings Fin Group
2454 Mullen Booth Road                  1111 S Marietta Pkwy Se
Clearwater, FL 33759-1343               Marietta GA 30060-2885
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cap One                                 Eqautln
Po Box 85520                            15 Bull Street Suite 200
Richmond VA 23285                       Savannah GA 31401
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nicholas Financial, Inc.

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20